In the Matter of the Claim of ADOLPHUS CORT, Respondent, against EMERSON HOTEL and THE GREAT AMERICAN INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRED LAIS, Respondent, against ISAAC GOLDMANN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of RUTH SEERMAN, Respondent, against LUSTIG & WEIL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of ANNA SULLIVAN, Respondent, against B. T WOODLE, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. The motion is denied on the further ground of failure to comply with rule 16 of the Rules of this Court. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

LAND ASSOCIATES CORPORATION, Appellant, v. GRAND UNION STORES, INC., Respondent, and FEDERAL BAKE SHOP, INC., and Another, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The motions are denied on the further ground of failure to comply with rule 16 of the Rules of this Court. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

FIRST NATIONAL BANK OF GLENS FALLS, N. Y., Respondent, v. SAMUEL HEMLEY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.